UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:25-mj-549

**Tolliver Cunningham**

COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | October 3, 2025 At 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Dustin Blake |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Ken Affeldt |
| INTERPRETER: |  | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Government motions Court for detention hearing; Motion granted
-Government advised of Due Process Protections Act Order
-Detention hearing set for October 7, 2025 at 1:30 PM
-Preliminary hearing set for October 17, 2025 at 1:30 PM
-Dft remanded